# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  21-CR-3062-JLS |
| Plaintiff, | **ORDER** |
| vs. | |
| JOSE FRANCISCO NOVA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN:

The Court grants the joint request to continue the motion hearing/trial setting conference, from December 3, 2021, to January 14, 2022 at 1:30 p.m. Time is excluded under the Speedy Trial Act due to pending motions.

SO ORDERED.

Dated:  December 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge