UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(**HON. JANIS L. SAMMARTINO**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE FRANCISCO NOVA,<br><br>  Defendant. | Case No.: 21-CR-3062-JLS<br><br>**ORDER** |

Good cause appearing,

The Court grants the joint request of the parties to continue the motion hearing/trial setting conference, from January 14, 2022 to February 18, 2022 at 1:30 p.m. For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED.

Dated: January 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge